# UNITED STATES DISTRICT COURT
## for the
## Northern District of Illinois

Tommy Kasalo )
*Plaintiff* )
v. ) Civil Action No. 10 C 1643
NCSPLUS Incorporated & Gary C. Cooke )
*Defendants* )

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendants *(name)* NCSPLUS Inc. and Gary C. Cooke recover costs from the plaintiff Tommy Kasalo

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☒ tried by Judge Suzanne B. Conlon without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: October 4, 2011

Michael W. Dobbins, Clerk of Court

/s/ Alberta Rone, Deputy Clerk